## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO. 5:22-CV-143-KDB-DCK

| | | |
|---|---|---|
| **DREW A CANTRELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 15) filed April 26, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Plaintiff Drew A. Cantrell seeks an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $2,400.00. The Commissioner consents to the requested fee.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Acting Commissioner of Social Security SHALL pay to Plaintiff the sum of **$2,400.00** in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Amelia N. Patton, and mailed to her office

at P.O. Box 565, 1435 North Bridge Street, Elkin, NC 28621 in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED**.

Signed: April 27, 2023

David C. Keesler
United States Magistrate Judge